IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT (NEW HAVEN)

|  |  |
|---|---|
| JUAN OCAMPO,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTRYWIDE HOME LOANS, INC.; BAYVIEW LOAN SERVICING, LLC; BANK OF NEW YORK MELLON, F/K/A/ BANK OF NEW YORK AS TRUSTEE FOR CERTIFICATEHOLDERS OF CWALT 2OO5-14, INC. ALTERNATIVE LOAN TRUST; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); AMERICAN HOME MORTGAGE; NATIONSTAR MORTGAGE, LLC; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-15N; and JOHN "DOES" and JANE "ROES", 1 through 100,<br><br>    Defendants. | Case No. 3:19-cv-00436-SRU |

## DEFENDANTS COUNTRYWIDE HOME LOANS, INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Countrywide Home Loans, Inc. ("CHLI"), and Mortgage Electronic Registration Systems, Inc. ("MERS," and collectively with CHLI, the "Moving Defendants"), respectfully request that the Court dismiss in its entirety the March 25, 2019 Complaint (the "Complaint" or "Compl.") filed by Plaintiff Juan Ocampo("Plaintiff"). A memorandum of law in support of the Moving Defendants' motion is being concurrently filed herewith.

Dated: April 25, 2019

                                           **BY:**    */s/ Annabelle T. Machado-Costa*
                                                       **Annabelle T. Machado-Costa (ct29075)**
                                                       **Zeichner Ellman & Krause LLP**
                                                       **35 Mason Street**
                                                       **Greenwich, CT 06830**
                                                       **(203) 622-0900**
                                                       **(203) 862-9889 (fax)**
                                                       **amachado-costa@zeklaw.com**
                                                       *Attorneys for Countrywide Home Loans,*
                                                       *Inc. and Mortgage Electronic Registration*
                                                       *Systems, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 25, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

  Juan Ocampo
  100 Old Kings Highway
  Darien, CT 06831
  *Pro Se Plaintiff*

  */s/ Annabelle T. Machado-Costa*
  **Annabelle T. Machado-Costa (ct29075)**
  **Zeichner Ellman & Krause LLP**
  **35 Mason Street**
  **Greenwich, CT 06830**
  **(203) 622-0900**
  **(203) 862-9889 (fax)**
  **amachado-costa@zeklaw.com**
  *Attorneys for Countrywide Home Loans,*
  *Inc. and Mortgage Electronic Registration*
  *Systems, Inc.*