UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUAN OCAMPO, | : | |
| *Plaintiff*, | : | |
| v. | : | |
| COUNTRYWIDE HOME LOANS, INC., BAYVIEW LOAN SERVICING, LLC, BANK OF NEW YORK MELLON f/k/a BANK OF NEW YORK AS TRUSTEE FOR CERTIFICATEHOLDERS OF CWALT 2005-14, INC. ALTERNATIVE LOAN TRUST, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), AMERICAN HOME MORTGAGE, NATIONSTAR MORTGAGE LLC, U.S. BANK NATIONAL ASSOCIATION, AS AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE-PASS THROUGH CERTIFICATES, SERIES 2007-15N, and JOHN "DOES" and JANE "ROES", 1 through 100, | : | Case No. 3:19-cv-00436-SRU

June 3, 2019 |
| *Defendants*. | : | |

**DEFENDANTS, NATIONSTAR MORTGAGE LLC and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-15N's, MOTION TO DISMISS PLAINTIFF"S COMPLAINT**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Nationstar Mortgage LLC ("Nationstar') and U.S. Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certifies Series 2007-15N ("U.S. Bank") (collectively "Defendants') hereby move to dismiss the March 25, 2019 complaint filed by plaintiff Juan Ocampo ("Plaintiff') in its entirety. Plaintiff's claims against Defendants must fail

for several reasons. First, this Court lacks subject matter jurisdiction over Plaintiffs claims in accordance with the *Rooker-Feldman* doctrine. Second, any claims challenging the origination of Plaintiff's mortgage loan in 2007 is time-barred as a matter of law. Third, Plaintiff's conclusory allegations are insufficient to state a plausible claim for violations of RICO or fraud. Further, Plaintiff has failed to plead any facts which would impart liability on Nationstar and/or U.S. Bank for any alleged action of American Home Mortgage. Finally, the Anti-Injunction Act prevents Plaintiff from obtaining injunctive relief barring foreclosure in state court. As such, Defendants respectfully request this Court dismiss the Complaint, in its entirety, with prejudice.

**DEFENDANTS,**
**NATIONSTAR MORTGAGE LLC and**
**U.S. BANK NATIONAL ASSOCIATION, AS**
**TRUSTEE FOR LEHMAN XS TRUST**
**MORTGAGE-PASS THROUGH**
**CERTIFICATES, SERIES 2007-15N**

By:  /s/ *Crystal L. Cooke*
Crystal L. Cooke (ct28750)
Sandelands Eyet LLP
1545 U.S. Highway 206, Suite 304
Bedminster, NJ 07921
Phone: (908) 470-1200
Fax: (908) 470-1206
Email: ccooke@se-llp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filling through the Court's CM/ECF System.

          /s/ *Crystal L. Cooke*
          Crystal L. Cooke (ct28750)