UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Juan Ocampo,<br><br>                Plaintiff,<br>    *Standing in propria persona, Sui juris*<br><br>         - against –<br><br>COUNTRYWIDE HOME LOANS, INC.; BAYVIEW LOAN SERVICING, LLC; BANK OF NEW YORK MELLON, F/K/A/ BANK OF NEW YORK AS TRUSTEE FOR CERTIFICATEHOLDERS OF CWALT 2005-14, INC. ALTERNATIVE LOAN TRUST; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); AMERICAN HOME MORTGAGE; NATIONSTAR MORTGAGE, LLC; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-15N; and JOHN "DOES" and JANE "ROES", 1 through 100.<br><br>                Defendants. | Case No. 3:19-cv-436 (SRU) |

**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Bayview Loan Servicing, LLC and Bank of New York Mellon, f/k/a Bank of New York as Trustee for Certificate Holders of CWALT 2005-14, by and through its undersigned attorneys, Blank Rome LLP, hereby move this Court to dismiss the complaint filed by Plaintiff, Juan Ocampo, as against them.

In support of its Motion, Defendants rely upon the accompanying Memorandum of Law.

Dated: New York, New York
       May 31, 2019

                              **BLANK ROME LLP**

                         By: s/Jonathan M. Robbin
                              Jonathan M. Robbin
                              1271 Avenue of the Americas
                              New York, New York 10020
                              (212) 885-5196
                              *Attorneys for Bayview Loan Servicing*

2

140406.01173/120143561v.1

## CERTIFICATE OF SERVICE

  I hereby certify that on May 31, 2019, a copy of the foregoing was filed electronically and served upon all counsel of record and by mail on Plaintiff, Juan Ocampo, at the below address (who is unable to accept electronic filings). Parties may access this filing through the Court's CM/ECF System.

  Juan Ocampo
  100 Old Kings Highway
  Darien, CT 06831
  Pro Se Plaintiff

**BLANK ROME LLP**

    By: <u>s/Jonathan M. Robbin</u>
      Jonathan M. Robbin
      1271 Avenue of the Americas
      New York, New York 10020
      (212) 885-5196
      *Attorneys for Bayview Loan Servicing*