UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JUAN OCAMPO,
    Plaintiff,

    v.

                              3:19-cv-436-SRU

COUNTRYWIDE HOME LOANS, INC.,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
NATIONSTAR MORTGAGE, LLC, U.S.,
BANK NATIONAL ASSOCIATION,
BANK OF NEW YORK MELLON,
BAYVIEW LOAN SERVICING, LLC.,
    Defendants.

## J U D G M E N T

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendants' motions to dismiss.

The Court having considered the motions and the full record of the case including applicable principles of law, and having filed its ruling (Doc. No. 40), on March 31, 2020, granting the defendants' motions, it is therefore;

ORDERED, ADJUDGED and DECREED that judgment is hereby entered in favor of the defendants, against the plaintiff, dismissing the case in accordance with the ruling, and the case is closed.

Dated at Bridgeport, Connecticut, this 31st day of March 2020.

                                        Robin D. Tabora, Clerk

                                        By  /s/ Rochelle Jaiman
                                                Deputy Clerk

Entered on Docket: __3/31/2020_